UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **IRENE BERTRAND,** | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) Civil Action No. 1:11-cv-01033-LY |
| **PHILLIPS & COHEN ASSOCIATES, LTD.,** | ) |
| *Defendant.* | ) |

## NOTICE OF PENDING SETTLEMENT

Defendant, Phillips & Cohen Associates, Ltd., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Jessica A. Hawkins
Jessica Hawkins
State Bar No. 24068029
Whitney L. White
State Bar No. 24075269
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055

Attorneys for Defendant,
Phillips & Cohen Associates, Ltd.

1

## CERTIFICATE OF SERVICE

I certify that on this 6th day of February 2012, a copy of the **Notice of Pending Settlement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>   Dennis Robert Kurz
>   Weisberg & Meyers, LLC
>   1200 Smith St., 16th Fl.
>   Houston, TX 77002
>   (888) 595-9111 x412
>   Fax: (866) 565-1327
>   Email: ecf@attorneysforconsumers.com

>   /s/ Jessica A. Hawkins
>   Jessica A. Hawkins