### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IRENE BERTRAND, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 1:11-cv-01033-LY |
| vs. | § | |
| | § | |
| PHILLIPS & COHEN | § | |
| ASSOCIATES, LTD., | § | |
| Defendant | § | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** the parties to the above captioned action, through their respective attorneys, hereby file this Joint Motion to Dismiss the complaint against Defendant Phillips & Cohen Associates, Ltd.

### I.

This case has been settled amicably by the parties.

### II.

A Notice of Settlement has been filed with the court.

### III.

For these reasons, the parties ask the court to dismiss this suit with prejudice.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
**Attorney for Plaintiff**
Texas State Bar # 24068183
WEISBERG & MEYERS, L.L.C.

Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002


By: /s/Whitney White
Whitney White
**Attorney for Defendant**
Texas State Bar # 24075269
Sessions, Fishman, Nathan & Isreal, LLC
900 Jackson St.
Suite 440
Dallas TX 75208


## CERTIFICATE  OF SERVICE


I certify that on March 6, 2012, I electronically filed the foregoing document with

the clerk of the U.S. District Court, Western District of Texas, Austin Division, using the

electronic case filing system of the court. Notification was sent electronically via the

court's electronic case filing system to counsel of record for Defendant, Phillips & Cohen

Associates, Ltd. this 6th day of March, 2012 as follows: wwhite@sessions-law.biz.


/s/  Dennis R. Kurz
Dennis R. Kurz