FILED
2012 MAR 14 PM 4: 10
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IRENE BERTRAND, Plaintiff | § § § | CIVIL ACTION |
| vs. | § § § | No. 1:11-cv-01033-LY |
| PHILLIPS & COHEN ASSOCIATES, LTD., Defendant | § § § § | JURY |

### ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated _March 14_, 2012.

_____
UNITED STATES DISTRICT JUDGE